IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | CIVIL NO. 3:20-cv-00136-HEH |
| MARK BISSOON, CAROLINE COUNTY COMMISSIONER OF THE REVENUE, in his official capacity, | |
| Defendant. | |

### AGREED ORDER STAYING PROCEEDING PENDING SETTLEMENT

THIS MATTER is before the Court on the Joint Motion to Stay Proceedings (ECF No. 29), by Plaintiff, the United States and Defendant, Mark Bissoon, Caroline County Commissioner of the Revenue, in his official capacity (collectively, "the Parties"), filed on October 23, 2020. Upon due consideration, and finding good cause, the Motion is GRANTED. The proceedings are hereby stayed for 45 days from this Order's date. The Parties are ordered to file a Stipulation of Dismissal within 45 days of this Order's date.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
_____
The Honorable Henry E. Hudson
Senior United States District Judge

Date: Oct 28, 2020
Richmond, Virginia

WE ASK FOR THIS:

--2--

For the United States of America:

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:_____
   Robert P. McIntosh
   Virginia Bar Number 66113
   Attorney for the United States of America
   United States Attorney's Office
   919 East Main Street, Suite 1900
   Richmond, VA 23219
   Telephone: (804) 819-7404
   Fax: (804) 771-2316
   Email: Robert.McIntosh@usdoj.gov

REBECCA B. BOND, Chief
KATHLEEN P. WOLFE, Special Litigation Counsel
AMANDA MAISELS, Deputy Chief

/s/_____
CHERYL ROST, Trial Attorney
New Jersey Bar Number 020982011
Email:Cheryl.Rost@usdoj.gov

JOY LEVIN WELAN, Trial Attorney
District of Columbia Bar Number 978973
Email: Joy.Welan@usdoj.gov

SARAH GOLABEK-GOLDMAN, Trial Attorney
District of Columbia Bar Number 1047833
Email: Sarah.Golabek-Goldman@usdoj.gov

United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue, N.W.
4CON 9.1004
Washington, D.C. 20530
Telephone: (202) 616-5311
Fax: (202) 307-1197

For Mark Bissoon, Caroline County Commissioner of the Revenue, in his official capacity:

_____
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
Matthew T. Anderson (VSB #86322)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
manderson@t-mlaw.com

For the United States of America:

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/ *(signature)*
Robert P. McIntosh
Virginia Bar Number 66113
Attorney for the United States of America
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-7404
Fax: (804) 771-2316
Email: Robert.McIntosh@usdoj.gov

REBECCA B. BOND, Chief
KATHLEEN P. WOLFE, Special Litigation Counsel
AMANDA MAISELS, Deputy Chief

/s/ Cheryl Rost
CHERYL ROST, Trial Attorney
New Jersey Bar Number 020982011
Email: Cheryl.Rost@usdoj.gov

JOY LEVIN WELAN, Trial Attorney
District of Columbia Bar Number 978973
Email: Joy.Welan@usdoj.gov

SARAH GOLABEK-GOLDMAN, Trial Attorney
District of Columbia Bar Number 1047833
Email: Sarah.Golabek-Goldman@usdoj.gov

United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue, N.W.
4CON 9.1004
Washington, D.C. 20530
Telephone: (202) 616-5311
Fax: (202) 307-1197

For Mark Bissoon, Caroline County Commissioner of the Revenue, in his official capacity:

William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
Matthew T. Anderson (VSB #86322)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
manderson@t-mlaw.com

--3--