IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>MARK BISSOON, CAROLINE COUNTY COMMISSIONER OF THE REVENUE, in his official capacity,<br><br>    Defendant. | CIVIL NO. 3:20-cv-00136-HEH |

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 31) filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/ _____
The Honorable Henry E. Hudson
Senior United States District Judge

Date: Dec. 7, 2020
Richmond, Virginia